SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-40057 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| RIANNE LEN BRINKER, ) | Section 657 |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From in or about June of 2008 to on or about July 8, 2008, at Milan, in Rock Island County, in the Central District of Illinois, the defendant,

**RIANNE LEN BRINKER,**

being an employee of R.I.A. Federal Credit Union, 110 East 10th Avenue, Milan, Illinois, the deposits of which were then insured by the National Credit Union Administration, did knowingly and with intent to injure and defraud said insured credit union, embezzle, abstract, and purloin approximately $18,900 of the moneys, funds and credits belonging to and intrusted to the care and custody of said insured credit union.

All in violation of Title 18, United States Code, Section 657.

A TRUE BILL

_S/Foreperson_
FOREPERSON

S/U.S. Attorney
RODGER A. HEATON
UNITED STATES ATTORNEY
JKM