# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    Plaintiff )<br> )<br> ) CASE NO. **08-40057**<br> )<br>**Rianne Len Brinker** )<br>    Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:15 AM** on **Friday, October 31, 2008** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, November 10, 2008**

at

[  ] Peoria, Illinois

[**XX**] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 3rd day of September, 2008.

                                                              s/Thomas J. Shields

                                         THOMAS J. SHIELDS
                                         U.S. MAGISTRATE JUDGE